In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

ÆTNA CASUALTY AND SURETY COMPANY et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Respondent.

Argued October 6, 1941; decided November 19, 1941.

*David S. Konheim, Samuel Halpern* and *Anthony J. Wolf* for appellants.

*J. Francis Lynch, William A. J. Sheehan* and *Edward F. Keenan* for respondent.

Order affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and LEWIS, JJ.